**Olinsky Law Group**
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

August 4, 2021

*Document Electronically Filed*
Hon. Sarah L. Cave
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:     Palmer v. Commissioner of Social Security
                          <u>Civil Action No: 1:20-cv-09093-GBD-SLC</u>

Dear Judge Cave:

       This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to serve her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on August 9, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion. Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

       If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **October 8, 2021**. Subsequently, in accordance with the pattern of the Standing Order, the Commissioner's response to the Motion for Judgment on the Pleadings would then be due **December 7, 2021**. Plaintiff's Reply would then be due **December 28, 2021**.

Thank you for your consideration.        Respectfully submitted,

                                                      */s/ Howard D. Olinsky*
                                                      Howard D. Olinsky, Esq.
                                                      Bar Code H06529
                                                      Counsel for Plaintiff

---

Plaintiff's letter-motion requesting a 60-day extension of time to file her Motion for Judgment on the Pleadings (ECF No. 16) is GRANTED IN PART AND DENIED IN PART. The Court extends the briefing schedule by 45 days as set forth below:

Plaintiff's Motion shall be due: **September 23, 2021**;
Defendant's Opposition shall be due: **November 22, 2021**;
Plaintiff's Reply, if any, shall be due: **December 13, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 16.

SO ORDERED 8/5/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge