UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LAURICE P.,

                Plaintiff,                20 **CIVIL** 9093 (GBD)(GRJ)

     -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 17, 2022, Magistrate Judge Jones's Report is ADOPTED in its entirety. Plaintiff's motion for summary judgment is GRANTED. Defendant's motion for judgment on the pleadings is DENIED. The ALJ's decision is reversed and this matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the opinion.

**Dated:**  New York, New York
          August 17, 2022

                                                                                 **RUBY J. KRAJICK**

                                                                                    Clerk of Court

                                       **BY:**          *K. Mango*

                                                                                    **Deputy Clerk**